UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Joseph Higginbotham

    v.

New Hampshire State Prison, Warden,    Civil No. 15-cv-00435-PB
Corrections Officer FNU Keniston,
Corrections Officer Cpl. FNU Paz, and
Hearing Officer Linda Paulsen

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 14, 2016, and dismiss this case and deny Higginbotham's request for a preliminary injunction. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

SO ORDERED.

        /s/ Paul Barbadoro
        Paul Barbadoro
        United States District Judge

Date: June 1, 2016

cc:  Joseph Higginbotham, pro se